**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| HUMANA INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., *et al.*, <br><br> Defendants. | Case No. 6:21-cv-72-Orl-41DCI |

## TEVA DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc. (collectively, "Teva"), pursuant to Local Rule 3.01(i), hereby file this notice of supplemental authority with respect to Teva's pending motion to dismiss [ECF No. 32] (p. 14, ¶ 1):

*State Farm Mut. Auto. Ins. Co. v. At Home Auto Glass LLC*, No. 8:21-cv-239-TPB-AEP, 2021 U.S. Dist. LEXIS 245584, *18 (M.D. Fla. Dec. 27, 2021) (Barber, J) (granting defendants' motion to dismiss):

> The remaining question is whether State Farm's payments to At Home constitute an injury cognizable under FDUTPA, that is, whether they represent "loss" or "actual damages" as required for recovery under § 501.211(2), F.S. The Court concludes they do not. As an insurance company, State Farm is in the business of collecting premiums and paying claims in accordance with the terms of the governing insurance policies. Such payments could constitute "losses" to State Farm only if State Farm was not obligated to make them or not obligated to pay the amounts it did. If the governing insurance policies obligated State Farm to pay the claims, and no other law relieved State Farm of that obligation, then notwithstanding the existence of FDUTPA violations or other misconduct directed at its insureds, State Farm suffered no loss when it paid the claims. See *Ironworkers Local Union 68 v. AstraZeneca Pharm.*, 634 F.3d

1352, 1364 (11th Cir. 2011).

*Id*.

<table>
<tr><td>Dated: February 1, 2022</td><td>Respectfully submitted,</td></tr>
<tr><td></td><td>/s/ Alison Tanchyk</td></tr>
<tr><td>Troy Brown (*pro hac vice*)<br>troy.brown@morganlewis.com<br>William McEnroe (*pro hac vice*)<br>william.mcenroe@morganlewis.com<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Tel: 215.963.5000</td><td>Alison Tanchyk (Fla. 112211)<br>alison.tanchyk@morganlewis.com<br>Justin Stern (Fla. 1010139)<br>justin.stern@morganlewis.com<br>Morgan, Lewis & Bockius LLP<br>600 Brickell Avenue, Suite 1600<br>Miami, FL 33131-3075<br>Tel: 305.415.3444<br><br>*Counsel for Defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc.*</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will send a notice of electronic filing to counsel for all parties of record.

/s/ Alison Tanchyk
Alison Tanchyk