UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HUMANA INC.,

    Plaintiff,

v.        Case No: 6:21-cv-72-CEM-DCI

TEVA PHARMACEUTICALS USA,
INC., TEVA NEUROSCIENCE, INC.,
ADVANCED CARE SCRIPTS INC. and
ASSISTRX, INC.,

    Defendants.

## ORDER

This cause comes before the Court for consideration on the following motion:

> **MOTION:** Defendants' Motion to Compel (Doc. 76)
>
> **FILED:** January 7, 2022
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part**.

Defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc., (together, Defendants) seek to compel Plaintiff Humana Inc. (Plaintiff) to produce medical and pharmacy claims data for Humana members diagnosed with multiple sclerosis (MS).[1] Doc. 76 (the Motion). Upon Plaintiff's request, the Court held a hearing on the Motion on February 2, 2022. Doc. 78.

---

[1] At the hearing, the parties stated that Plaintiff has agreed to turn over this claims data for Humana members, diagnosed with MS, who were prescribed Copaxone. Thus, only the Humana members who were diagnosed with MS, but prescribed a MS treatment other than Copaxone, are at issue here.

At the hearing, the parties stipulated that the requested claims data is fairly encompassed within Defendants' Request for Production No. 5. Doc. 76-1 at 10. Further, for the reasons stated at the hearing, the Court finds that the requested claims data is relevant to Plaintiff's allegations in its complaint. Doc. 1.

The requested timeframe is appropriate, as it is commensurate with the timeframe Plaintiff alleged in its complaint. Doc. 1. However, on this record, the request is due to be narrowed pursuant to a Rule 26(b) proportionality analysis. Therefore, for the reasons stated at the hearing, the Court will compel disclosure of the pharmacy claims data for Humana members, who were diagnosed with MS, and who were not prescribed Copaxone. However, on this record, the medical claims data for this same subset of people is not proportional to the needs of this case.

Accordingly, it is **ORDERED** that:

1. The Motion (Doc. 76) is **GRANTED in part**, such that **on or before March 3, 2022**, Plaintiff shall disclose to Defendants the requested pharmacy claims data; and

2. The Motion (Doc. 76) is **DENIED without prejudice** in all other respects.

**ORDERED** in Orlando, Florida on February 3, 2022.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE