| | |
|---|---|
| | **UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF FLORIDA<br>ORLANDO DIVISION** |
| HUMANA INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., *et al.*,<br><br>    Defendants. | Case No. 6:21-cv-72-Orl-41DCI |

### TEVA DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc. (collectively, "Teva"), pursuant to Local Rule 3.01(i), hereby file this Notice of Supplemental Authority with respect to Teva's pending Motion to Dismiss [ECF No. 32] (p. 16, ¶ 2):

*MSP Recovery Claims, Series LLC v. Caring Voice Coal., Inc.*, No. 21-21317-Civ-GAYLES/TORRES, ECF No. 172 (S.D. Fla. Sept. 23, 2022) (Gayles, J.):

> Having conducted a *de novo* review of the record, the Court agrees with Judge Torres' well-reasoned analysis and conclusion that Defendants' Motions [to Dismiss] should be granted without prejudice.

*Id.* at 2; *see also MSP Recovery Claims, Series LLC v. Caring Voice Coal., Inc.*, No. 21-21317-Civ-GAYLES/TORRES, 2022 U.S. Dist. LEXIS 130487, at *31-34 (S.D. Fla. July 21, 2022) (Torres, M.J.) (recommending granting defendants' motions to dismiss based in part on the *Ironworkers Local Union 68 v. AstraZeneca Pharmaceuticals, LP*, 634 F.3d 1352 (11th Cir. 2011) holding that pharmaceutical companies' alleged RICO

violations alone do not proximately cause economic injury to Medicare insurers); Teva Defendants' Notice of Supplemental Authority, ECF No. 109 (July 28, 2022) (citing Magistrate Judge Torres' Report and Recommendation).

Dated: September 26, 2022

Troy Brown (*pro hac vice*)
troy.brown@morganlewis.com
William McEnroe (*pro hac vice*)
william.mcenroe@morganlewis.com
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000

Respectfully submitted,

/s/ Alison Tanchyk
Alison Tanchyk (Fla. 112211)
alison.tanchyk@morganlewis.com
Justin Stern (Fla. 1010139)
justin.stern@morganlewis.com
Morgan, Lewis & Bockius LLP
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel: 305.415.3444

*Counsel for Defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will send a notice of electronic filing to counsel for all parties of record.

<i><u>/s/ Alison Tanchyk</u></i><br>Alison Tanchyk